## In the Matter of PITTSBURGH TERMINAL COAL CORPORATION, Debtor; Alexander GUTTMANN, etc., et al., Appellants.

### No. 7999.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 9, 1942.

Decided Oct. 13, 1942.

Harry Hoffman, of New York City (Allen H. Berkman, of Pittsburgh, Pa., and Samuel Marion, Nathan D. Leiman, and Guggenheimer & Untermyer, all of New York City, on the brief), for appellants.

Wm. H. Eckert and T. W. Pomeroy, Jr., both of Pittsburgh, Pa. (Smith, Buchanan & Ingersoll, of Pittsburgh, Pa., Walter T. Kinder, of Cleveland, Ohio, Frederic L. Clark, of Philadelphia, Pa., and Charles F. C. Arensberg, of Pittsburgh, Pa., on the brief), for appellee.

Arthur W. Henderson and Moorhead & Knox, all of Pittsburgh, Pa., on the brief, for trustee.

Before MARIS and JONES, Circuit Judges, and AVIS, District Judge.

## PER CURIAM.

The questions raised upon this appeal were ruled by this court in a prior appeal in this cause, In the Matter of Pittsburgh Terminal Coal Corporation, 109 F.2d 1020, affirming a prior order of the district court, 30 F.Supp. 106. Upon the authority of that case the order of the district court now appealed from is affirmed.

## Samuel D. NICHOLS, Appellant, v. Morris J. LEVIN, as Trustee of the Estate of Samuel D. Nichols, Bankrupt.

### No. 12445.

Circuit Court of Appeals, Eighth Circuit.

Sept. 28, 1942.

Edward K. Schwartz, of St. Louis, Mo., for appellant.

Harry S. Gleick, of St. Louis, Mo., for appellee.

## PER CURIAM.

Appeal from United States District Court docketed and dismissed, on motion of appellee.